## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FERNANDO GONZALEZ, | : | Civil No. 3:22-cv-1883 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| STEPHEN SPAULDING, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this 28th day of December, 2022, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED**.

2. The Clerk of Court is directed to **CLOSE** this case.

_s/ Robert D. Mariani_
Robert D. Mariani
United States District Judge